UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELVIRA SUCHITE MENDEZ, | CASE NO. 2:26-cv-01651-DGE |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| ICE FIELD DIRECTOR, | |
| Respondent. | |

On May 18, 2026, Petitioner, with assistance of counsel, filed a new habeas petition in this district. *Suchite-Mendez v. Mullin et al,* Case No. 2:26-cv-01691-DGE. Petitioner's new petition appears to be duplicative of the petition filed in this case. Federal courts "retain broad powers to prevent duplicative or unnecessary litigation." *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). "After weighing the equities of the case, the district court may exercise its discretion to dismiss a duplicative later-filed action, to stay that action pending resolution of the previously filed action, to enjoin the parties from proceeding with it, or to consolidate both actions." *Adams*

ORDER TO SHOW CAUSE - 1

*v. California Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds* by *Taylor v. Sturgell*, 553 U.S. 880 (2008).

Accordingly, Petitioner shall show cause, no later than **May 27, 2026** why this case should not be dismissed as duplicative of *Suchite-Mendez v. Mullin et al*, Case No. 2:26-cv-01691-DGE.  If no response to this order is filed, this matter will be dismissed without prejudice and the Court will proceed only with the petition filed under Case No. 2:26-cv-01691-DGE.

The Clerk is directed to send a courtesy copy of this order to Petitioner's attorney of record in Case No. 2:26-cv-01691-DGE.

Dated this 19th day of May, 2026.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2