UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELVIN SUCHITE MENDEZ,<br><br>                    Petitioner,<br>          v.<br><br>ICE FIELD DIRECTOR,<br><br>                    Respondent. | CASE NO. 2:26-cv-01651-DGE<br><br>ORDER DISMISSING CASE |

On May 19, 2026, the Court directed Petitioner to show cause, no later than May 27, 2026, why this case should not be dismissed as duplicative of *Suchite-Mendez v. Mullin et al*, Case No. 2:26-cv-01691-DGE.  (Dkt. No. 5.)  The Court advised Petitioner that if Petitioner did not respond to the Court's order to show cause, the Court would dismiss this matter without prejudice and the Court would proceed only with the petition filed under Case No. 2:26-cv-01691-DGE.  (*Id.*)

Petitioner has not responded to the Court's order.  Accordingly, this case is DISMISSED without prejudice.

ORDER DISMISSING CASE - 1

Dated this 28th day of May, 2026.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE - 2